P.1

April 19, 2024

Joe Holbert                    Case # 2-24CV68
V

Thompson Industrial Serice
Clean Harbors Enviormental
Steel Dynamic Inic, Sinton Division
Louis Garcia   michael Pena, James Cabler, Montana Wiggiens
Ernest Mungia  George Gomez, David, Wiggians,
              Added Amendment

United States Courts
Southern District of Texas
FILED
APR 26 2024
Nathan Ochsner, Clerk of Court

We all know that racim today is still as sensitive topic Now as forty years ago.
But I will do my best to explain it as it pertains to me.
When I Looked up "racism" just to see how it would describe.
Racism - refers to the Belilf that certain races of ethnicities are inherently superior or inferior to others.
It oftens involves someone prejudice attitude, discrimination and unjust treat towards people based soley on their race or ethnicity
THIS IS THE DISCRIMINATORY BEHAVIOR FROM EMPLOYEES OF THOMPSON, INDUSTRIAL SERVICE. I ~~REC~~ EXPERINCED while being employed.

p2

At sometime or other people have or will experince racism, rather it be sterotyping, harassment or even violence. As some have witness over the news, or heard, even in the last year!

When I was called "a nigger" by Michael Pena, and Eremest Mungia It was address in a offensive demeaning abusive way, in front of other employees, who heard and witness this.

The demeaning way I was slapped on my butt, in front of all male employee!

This is 2024, athough I am not young, I'm still a man, a father grandfather. I dont know what these men family status is, do they have famileies, children, or grandchildren. But Predusice starts with you! Your beliefs, how you value People, cultures, around you. I never once Called or refered these individuals out of name or charcter. and for the supevior foremans. Never not once address this.

This behavior in the work place. People have lost their lives ove situation such as this.

Now here I am over 50 experincing this horrific behavior and the Lost of my Livlyhood because of Ignornce. By employee ~~feel~~ Who rk for a major company, corporation, Such as Thompson Industrial Service Clean Harbors.

These are companies That operate throughout the United States Canada, Mexico. Clean Harbor Website states I quote, "They are a well diverse Customer based company! Their website further states "Clean Harbors is proud to exhibit the power of diversity and inclusion every day.

" Clean Harbors has initiated a Diversity and Inclusion Steering Committee with a vision to "Leverage a diverse and inclusive workforce to achive superior businee results.

There mission statement: Fosters a company culture that attracts the best diverse talent, value diversity, and encourages

inclusion based on our Core values."

This however was not the type of a work enviorment I experinced. There were no other African American workers, Black male or female workers, there, at the time of my employment with Thompson Industrial. Even if they say This is a ~~Risotate~~ ~~circumstance~~ or consider an Isotate circustanc - The foreman, supervisors, never tried once to address or talk to me or the other employees about what was going on. They still work for and represent Clean Harbors This was as hostile as it gets. I was looking to be with this organzation for a few more years. The Knowlege I obtain and could have ~~obta~~ was cut off by ignornce.

10-9-2023

p.5 Mr. James Gabler is the fellow introduce me to Thompson Industrial Services. I was asked to go through drugs screen, and also safety counsiling and Osha click Safety. January 5, 2023 was my first day officially on that S.O.I yard couldn't go to the back didn't have the proper P.P.E. It's a few new hires, myself and others. There's a pressure washer that wouldn't start so it's Goerge Gomez Earnest Mongia Chris Ytuchunis, were around the engine part of the pressure washer yet the remainder of us were standing around getting familiar with each other, and Earnest Mongia a person Iv never seen before in my life asked me what was going to do and my response to that were yall got that Im willing pass a tool if you need it so the conversation died down so. minutes later Earnest Mungia said to me again so you are not gonna help us and my response to that was look man leave me the fuck alone if you need something just ask me Im a team player. Conversation died down once again yet 5 minutes later Earnest Mungia Jumped of the pressure washer trailer and walked by me and hit me on my ass. Wrong Answer.

P6

Some last names I can't remember that heard the conversation and saw Earnest Mungia do this. George Gomez, Matthew, Efrin, Jordan, Chris Yanchunis. I 9:00 AM 1-5-2023 am just now bringing it up because I am so embassed to let anyone know that I was violated and I am starting to talk about it. After that incident happened on the first day on the job things just started happening. I was called anything anytime he decided he wanted to it didn't happened a lot it just whenever something happened he thought he was going take it out on me. Micheal Pena him and I had a heated conversation March 15th 2023 concerning work around 10:30 A.M. We were working on the yard of S.D.I. we were doing a job concerning vaccuming carbon and the way the crew were going about it was not working so I wanted to go about another way and low behold things started working and he said to me (Micheal Pena) we dont need to do that go on back down with the rest of the guys my response lets try this for a while since its working and he got heated and said you do what I tell you, you work fo me.

P.7

wrong Answer. I told him you got me Fucked up I work with you Anche got got pissed and starting wanting to fight me in the yard of S.D.T. why we were working Matthrew and Efrin heard everything started calling me Niggers and he will kick my Ass and meet him in the parking lot And so on. I never responded to it so he finally did what he was sopposed to do in the beginning he called David Wiggins And James Cabler And minutes later I were still in that same spot working when MR. Wiggins And MR. Cabler drove up And Asked me what was going and I said Micheal Pena told me that I work for him And they both said At the Same time, You Do. And I said no I do not, I work with him So things After that with Micheal Pena got different Earnest Mungia 4-20-2023 We were working At ODem waist water And before the Job Started MR Cabler said to me the he knows that Earnest And I do not get Along with each other yet he needs me on this Job and I said I will work with Anybody its Earnest has the problem working with me

pg 8  MR. Cabler explained to that this Job at DDrm Waste Water is only from 9:00 AM to 5:00 P.M. no overtime 40 hours a week so we both accepted the Job well after about a week later it 4-25-2023 it's 4:50 P.M. we are emptying the last for today and I said to Earnest it's 10 minute til 5 and he started going off saying things like he's the boss we leave when he say leave and I said no the Job is from 9 til 5 and said well I am going to get one more load And I said well you can get it I am only working til 5 like MR. Cabler said, And 5:00 P.M. I left work. On the ride home I get a call from MR. Cabler asking me why did I leave and I got the around 5:30, And I said I left at 5:00 like You said, And he said Joe you are not running the Job Earnest is Well MR. Cabler You are the one said 9 til 5 now you upset at me And that's when I found out MR. James Cabler is married to Earnest Mugia Sister. Weeks later we are back on the S.D.I. yard about to hook up a trailer Earnest Mungia is driving 5-5-2023

P.9 I was sitting in the back seat and anybody driving company truck when in reverse needs a spotter so I get out to spot and the company truck has a reverse beeper on it and ~~demat~~ its loud so after I spotted him and lined the trailer up he still has the truck in reverse I said to him OKay Earnest you take the truck out of reverse ~~and~~ and he goes off on me again Im driving this truck you just do the fucking work so I say some words back and it get to Wiggins and Cabler, so I end up in the office about what I did wrong so I explain and things dies, and George Gomez were there when that happened 5-5-2023.

Q.

6-7-2023
6:30 A.M.

Earnest Mungia is driving Montana Wiggins is on the front passenger and I was smoking a cigarett and all of the windows were up and I asked Earnest to take windows off lock so I could let the window down and said fuck you I am not ~~...~~ doing shit for you so we had some words and Wiggins and Cabler

P9 and I am in the office again and
P10 Everytime Cabler and Wiggins say yeah we talked and Earnest said this and that and I'm like why Earnest and I are not in this office at the same time

6-8-2023
I texted MR. Wiggins that was putting in a two week notice that was not doing anymore, I'm going through with Pena Earnest I have asked numerous of people for an evaluation and a raise nobody is answering no messages MR. Mack Lee Kenny when it comes to doing what you supposed to do. MR Wiggins responded 10-4 to the two week notice. I worked the two weeks I could not find a job in those two weeks so I told them I was gonna stay 6-22-2023.

7-10-2023
S.D.I. shut down all operation for most of the month. We were to clean (Thompson) whatever needed to be cleaned it's myself Earnest Mungia and louis Garcia working together that day it's hot and dusty

#7
#11

At 3:00 P.M. I let the team leader know that I was about to take a break and he got mad so I still went on break and a hour and a half later we were getting ready to get off work for the day and Cabler and Wiggins walked up and as they started talking I was going outside and Mr. Cabler called to me and said hold up I need to talk to you. Once we got outside the plant Mr. Cabler said to me "You can not just be walking off without telling anyone I said What do you mean he said Earnest called Wiggins And said that you walked off without telling Anyone I said to Mr. Cabler I told Earnest that I was going on break And he said Joe Earnest is running things A Few days my girlfried 7-15-2023 was driving from Dallas to Corpus Christi And her car broke down in Centerville TX and she called me Around 11:00 AM. to let me know that she were On side the highway stranded and I was working at the S.D.I yard and once I found out her car broke down.

p.12 I went to Earnest Mungia around 11:30 A.M. and explained to him that she was broke down and if she can't get the proper help I may have to leave. As time went on I continued to work and do all I could to answer her every call. Around 2:30 she called and were crying so I said I am about to go to the teamleader and let him know that I have to leave, and he took me to the parking lot and drop me off at my car, and later that day Earnest called. Mr. Wiggins and told him that I said that I called Wiggins and Wiggins said that I could go. 7-16-2023 the next day Mr. Gabler come to me and said you can't just be leaving like that I said sir it was an Emergency 7-23-2023 Mr. Gabler said to me to be ready tommorrow because we have a job at Howard Energy we will be over there for about two weeks. I'm at Howard Energy working and around 8-4-2023 Mr. Gabler dates up the Jobsite.

pg 13

He came to me and said this is my last day with Thompson and Clean Harbor I said what's going on you asked me to come here and work and months later you are moving on he says well Clean Harbor does't want no more outside work we are to only work with S.D.I. no more other plants and mind you that these badges that I went to class for we don't need them at S.D.I. only for refinery, and Mr Cabler have these badges so he moved on. So that leaves me with the guy that got me on is gone so we finished the job up at Howard Energy on 8-8-2023. 8-9-2023 I report to S.D.I. and around 9:30 am. I talked to Mr. Wiggings about Cabler leaving and I needed few days off, and he said fill out the paper work and take some days off. 12:00 P.m. After lunch we stopped by the office trailer I filled the paper out I was to be off Aug 10th 11th 12th 13th 14th 15th return Aug 16th.

P10 Later that DAY a coworker said to me that I really put Thompson in a jam because it was shut down Aug 10 and we really needed everyone there wich Is true. I get home that evening and I texted MR. Wiggins and said Sir I did not know that tommorrow was shut down and I am willing to take that day off the table to be there for tha team, and he said that We will be OKAY. Aug 14-2023 I texted Kenny asking him how could I get moved from Thompson to Clean Harbors and he explained to me how I could [Aug 16-2023] MR Louis Garcia picked me up at my house because I was riding to work with him that day. 6:15 AM Louis and I got to the Jobsite parking lot I get out of his car and get in the company truck started it up roll windows down and I was sitting in the driver rear seat around 6:25 AM Earnest Mungia drive up in his truck and once he walked up to the Thompson truck he saw that I were there.

P 15

And I quote, Aww Fuck you back. We thought you were taking a drug screen for another company and kept on saying the same thing, well 5 minutes later we are driving to the office trailer and as he's driving through security gate it was a small car on the passenger side of the truck and MR Garcia said to Earnest be careful there's a car on this side And Earnest said Fuck that car and that Nigger and looked in the rearview mirror right at me. I didn't know how to respond to it. We had safety meeting that morning After the meeting I was told that I would be working in the non-billable wich is 8 hours, no problem. I did the work that was needed and came home after 8 hours. At 3:50 P.M. the same day I get a message from MR Pena saying that we have no work for tommorrow and that he would call me if something comes up And I said yes sir. Two hours later Louise Garcia texted me And said did they text you about work and I said to him or you working tommorrow

Pg 12

He text me back and said Yes and I said they told me that they did not have work, So no Sir you do not have to pick me up. The same exact day I explain to Louis Garcia that I was reporting Earnest for what he said that morning of 8-16-2023 And I let Louis Garcia know what I was doing And explain to him that I was involving him because he were in the truck. 8-17-2023 I text Kenny on the day of the day of 8-16-2023 and let him know that MR Pena text me and ask me to stay home because there was not any work And he Mr. Kenny did not respond to me at all @ 8-16-2023 I did not hear from him until 8-17-2023 I called Unemployment, And explain to them what happened. I text Kenny and David Wiggins that I was resigning for racial slurs And when you say we don't have any work to me that means all of us. What I got out of that was I was not part of that team. Since that happened Iv lost weight can't sleep been to the doctor twice complaining that I can't sleep, Stressing on how

p18
p19

concerned for my well being, that job was my lively hood. I had to go to the Human Services to stand in a line for food stamps applied for unemployment which is a big difference. Iv been looking for work in and out of the unemployment office using T.W.C computers. I was wrongfully done. I resigned for racial reasons and sexual harassment I received a letter from Clean Harbors Accepting my resignation and weeks later I get a letter from T.W.C. saying that I could not preform the Job task, which is false

P18

To whom this may concern. My name is Mr. Joe Louis Halbert J. I am to inform you all that I have filed an EEOC complaint against my former employer Thompson Industrial Services A Clean Harbor Company. These incidents happened in Sinton Texas 8534-89-7838 San Patricio County - Phone 361-424-6200 SW Sinton Division Steel Dynamics Inc for more information please contact Ms. Stacey. I'm going to speak a little on this situation I was wrongfully done while working with Thompso Industrial Services the whole entire time I was there start date 1-5-2023 End 8-16-2023 after my end date I called and inform the HR department ~~at~~ Steele Dynamics HR Department I was told ~~could~~ you all could not speak ~~out the staff~~ with me due to the fact that its a process

Joe Louis Halbert

P15 These videos are a key piece of evidence in ~~Federal Court~~ Litigation

Audio Forensic Evidence

Xample

Quality destroy evidence

Manipulated

Camera doesn't Lie

digital forensic

Log outs

Joe Hallett 4-20-2024